**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**ANTHONY TYRONE HAYES**  PLAINTIFF
**ADC # 103527**

v.  NO. 4:08CV00325-JLH/BD

**RICHARD GUY,** *et al.*  DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. Judge Deere has recommended that the Court dismiss the complaint with prejudice because the plaintiff has failed to state a claim for relief. In response, the plaintiff has asked the Court to dismiss the complaint without prejudice so that he can seek the assistance of counsel after he is released from prison. After careful consideration, the Recommended Disposition is therefore approved and adopted as this Court's findings in all respects except that the complaint will be dismissed without prejudice rather than with prejudice.

Accordingly, the Court hereby DISMISSES plaintiff's claims WITHOUT PREJUDICE.

IT IS SO ORDERED this 23d day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE